UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUSAN BLAIZE-SAMPEUR, et al.,

|                             |                     |
|-----------------------------|---------------------|
| Plaintiffs,                 | **ORDER**           |
|                             | CV 05-4275 (JFB) (ARL) |

-against-

MAURICE MCDOWELL, et al.,

                                    Defendants.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

Plaintiffs filed the complaint in this action on September 8, 2005. Upon review of the docket in this case, the plaintiffs have not filed a affidavit of service of the summons and complaint on defendants Maurice McDowell, Lost and Found Recovery, Inc., Home Mergers, LLC, Poui Land Services, LLC, Sofya Levy, Donnahue George, Carianne Johnson and Chateau Properties. Given this circumstance, District Judge Bianco directed that the plaintiffs explain their failure to serve these defendants with the summons and complaint. See Memorandum and Opinion dated June 29, 2007. In response, the plaintiffs advised the court by letter dated July 22, 2007 that they "recall serving all of the defendants" but provided no proof of service. The court notes that none of these defendants have answered or otherwise responded to the complaint.

Rule 4(l) of the Federal Rules of Civil Procedure requires that the "person effecting service shall make proof thereof to the court . . .[by] affidavit thereof." Accordingly, the plaintiffs are directed to file an affidavit of service with the court by September 7, 2007.[1] The plaintiffs are warned that the failure to provide proof of service will lead to a recommendation to District Judge Bianco that this case be dismissed.

Dated: Central Islip, New York             **SO ORDERED:**
          August 9, 2007

                                                          /s/
                                              _____
                                              ARLENE ROSARIO LINDSAY
                                              United States Magistrate Judge

---

[1]Because plaintiffs were initially represented by counsel it will be necessary for plaintiffs to contact their former attorney to obtain proof of service.